UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FIRST GUARANTY BANK**                                 **CIVIL ACTION**

**versus**                                              **No. 06-1328**

**PAT GRAVES AND JAMY KIGER**                           **SECTION:  I/4**

### ORDER

Before the Court is the motion of defendant, Jamy Kiger, to stay the above-captioned action indefinitely because of a pending criminal investigation related to the instant matter. Defendant requests that the case be stayed until the United States "clarifies their position regarding the ongoing criminal investigation."[1] In her memorandum in support of her motion, defendant explains that she has learned that she is the target of a federal criminal investigation and that an Assistant United States Attorney for the Middle District of Louisiana has stated that the United States does not object to her motion.  Defendant does not offer any reason for implementing the stay other than to note that she does "not have the funds to retain a civil attorney and must continue to represent [herself] pro se."[2]  Defendant has not yet filed an answer to plaintiff's complaint.[3]

"The district court has a general discretionary power to stay proceedings before it in the

---

[1] Rec. Doc. No. 8, p. 2.

[2] Rec. Doc. No. 8, p. 2.

[3] On May 4, 2006, this Court granted defendant's motion for an extension of time within which to file her answer.  *See* Rec. Doc. No. 7.  Plaintiff reports that defendant also informally requested an extension until June 28, 2006, to file an answer.  *See* Rec. Doc. No. 11, p. 2.

1

control of its docket and in the interests of justice.  Nevertheless, stay orders will be reversed when they are found to be immoderate or of an indefinite duration." *McKnight v. Blanchard*, 667 F.2d 477, 479 (5th Cir. 1982) (citations omitted); *see also In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990).  Considering the above, the Court finds no reason to exercise its discretion to grant the requested stay.  Defendant presents no good cause for the stay.  Moreover, there is no criminal action actually pending before a state or federal court; instead, defendant has only notice of a criminal investigation.  In addition, the fact that the United States has not independently moved to stay plaintiff's case weighs against defendant's request.

Accordingly,

**IT IS ORDERED** that the motion of defendant, Jamy Kiger, to stay the instant action indefinitely[4] is **DENIED**.

New Orleans, Louisiana, July   6th  , 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**LANCE M. AFRICK**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[4] Rec. Doc. No. 8.